

JUL 0 9 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEALED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 19-CR-3<u>0038</u> |
| ) | |
| v. ) | |
| ) | VIO: 18 U.S.C. § 1349; |
| ABDUL RAZAK MOHAMMED ) | 18 U.S.C. § 1341 |
| ) | |
| Defendant. ) | |
| ) | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Conspiracy to Commit Mail Fraud)**

Introduction

1. **ABDUL RAZAK MOHAMMED** is a citizen of Ghana residing in the United States.

2. An "advance fee" scam is a scheme to defraud in which one or more perpetrators persuade a victim to pay a sum of money, e.g. the advance fee, in order to obtain a larger sum of money. The victim never actually receives the larger sum of money.

1

## The Conspiracy

3.   Beginning on an unknown date, but no later than May 2018, and continuing through and including August 2018, in the Central District of Illinois and elsewhere,

**ABDUL RAZAK MOHAMMED**,

did knowingly and willfully combine, conspire, confederate, and agree with other persons, both known and unknown to the Grand Jury, to commit an offense against the United States, namely, mail fraud; that is, to knowingly, willfully, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money or property by means of false and fraudulent pretenses and representations, and promises, and for the purpose of executing and attempting to execute such scheme and artifice, knowingly and unlawfully causes to be delivered by the United States Postal Service and private and interstate commercial carriers matters according to the directions thereon;

All in violation of Title 18, United States Code, Section 1341.

## Object of the Conspiracy

4. It was the object of the conspiracy for the defendant, and others, to unlawfully enrich himself by conducting complex financial fraud schemes via the internet including internet romance and advance fee scams.

## Manner and Means of the Conspiracy

5. The manner and means by which the conspirators sought to accomplish the objects of the conspiracy included, among others, the following:

    a. It was a part of the conspiracy that the conspirators would and did utilize internet wire communications to send a victim, "R.R.", electronic messages to induce R.R. to believe he was in a relationship with a woman named Bobby Angela.

    b. It was a part of the conspiracy that the conspirators would and did utilize internet wire communications to send R.R. electronic messages informing R.R. that Angela's father possessed gold bars and that with R.R.'s payment of advance fees, R.R. would be able to secure the gold bars.

c. It was part of the conspiracy that the conspirators would and did utilize internet wire communications to cause R.R. to mail a cashier's check for $25,000 made payable to the Walpaga Investment Group, LLC, a shell corporation started by and maintained by the defendant.

d. It was part of the conspiracy that the conspirators would and did utilize internet wire communications and phone communications to cause R.R. to send two additional cashier's checks in the name of Walpaga Investment Group, LLC, a shell corporation started by and maintained by the defendant.

Overt Acts

6. In furtherance of the conspiracy, and in order to effectuate the object thereof, **ABDUL RAZAK MOHAMMED**, the defendant, and others known and unknown to the grand jury, committed the following overt acts, among others, within the Central District of Illinois and elsewhere:

a. On or about January 2011, the defendant, **ABDUL RAZAK MOHAMMED**, formed the Walpaga

Investment Group LLC, as a domestic limited liability company in the state of Georgia.

 b. On or about May 18, 2018, the defendant **ABDUL RAZAK MOHAMMED**, received a cashier's check for $25,000 payable to Walpaga Investment Group LLC, in the mail from R.R.

 c. On or about May 21, 2018, the $25,000 cashier's check mailed via the United States Postal Service by R.R. to Walpaga Investment Group LLC. was deposited into the company's bank account at First Citizen's Bank. The cashier's check was endorsed by the defendant, **ABDUL RAZAK MOHAMMED**.

 d. On or about May 22, 2018, the defendant, **ABDUL RAZAK MOHAMMED**, caused a wire transfer of $25,450 to be sent from the Walpaga Investment Group LLC. bank account at First Citizen's Bank. The wire transferred the funds to a company in Accra, Ghana.

 e. In or about June 2018, conspirators convinced R.R. to send additional cashier's checks to the defendant **ABDUL RAZAK MOHAMMED**, at Walpaga Investment

Group LLC. However, First Citizen's Bank returned the checks.

f.   On or about July 25, 2018, the defendant, **ABDUL RAZAK MOHAMMED**, spoke to a person he believed to be R.R. to discuss the returned checks. The defendant, **ABDUL RAZAK MOHAMMED**, asked R.R. to resend the checks or to send cash directly to the defendant, **ABDUL RAZAK MOHAMMED**.

g.   On or about August 2, 2018, the defendant, **ABDUL RAZAK MOHAMMED**, spoke to a person he believed to be R.R., and instructed R.R. to withdraw $50,000 in cash from R.R.'s bank account and that the defendant, **ABDUL RAZAK MOHAMMED**, would send the money to a lawyer in Ghana.

h.   On or about August 2, 2018, to perpetuate the fraud, the defendant, **ABDUL RAZAK MOHAMMED**, told R.R. that once the $50,000 payment was made, the gold bars would be put on a plane and flown directly to R.R.

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO
## (Mail Fraud)

1. The scheme and artifice as outlined in paragraphs 1 through 5 above are hereby incorporated into Count Two by reference.

2. From on or about April 2018 through May 2018, in the Central District of Illinois, and elsewhere, the defendant,

**ABDUL RAZAK MOHAMMED**

with the intent to defraud, willfully participated in, with knowledge of its fraudulent purpose, the above-described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.

3. On or about May 18, 2018, in the Central District of Illinois, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, the defendant, **ABDUL RAZAK MOHAMMED**, knowingly caused to be delivered by United States mail according to the direction thereon the following matter: a cashier's check for $25,000, check number 102081, obtained from United Community Credit Union, made payable to the order of "Walpaga Investment Group LLC."

All in violation of Title 18, United States Code, Section 1341.

A True Bill.

s/ Foreperson
_____
Foreperson

s/ Gregory M. Gilmore
_____
JOHN C. MILHISER
UNITED STATES ATTORNEY
CCC